NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Trinette G. Kent, Esq. (State Bar No. 222020)
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 06897
(480) 247-9644

ATTORNEY(S) FOR: Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Peter Mazza

Plaintiff(s),

v.

Spectrum Billing Services, LLC

Defendant(s)

CASE NUMBER:

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiffs Peter Mazza, or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Peter Mazza, Anderson, SC | Plaintiff |
| Trinette G. Kent, Esq. Lemberg Law, LLC 43 Danbury Road Wilton, CT 06897 | Attorney for Plaintiff |

August 02, 2016             /s/ Trinette G. Kent
Date                        Signature

Attorney of record for (or name of party appearing in pro per):

Trinette G. Kent