**JS−6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER MAZZA<br><br>    Plaintiff(s),<br><br>    v.<br><br>SPECTRUM BILLING SERVICES, LLC<br><br>    Defendant(s). | CASE NO:<br>2:16−cv−05745−FMO−AGR<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Having been advised by counsel that the above−entitled action has been settled, IT IS ORDERED that the above−captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within <u>60</u> **days from the filing date of this Order**, to re−open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

DATED: September 28, 2016         /s/ *Fernando M. Olguin*
                                  Fernando M. Olguin
                                  United States District Judge